United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Triad Mechanical Maintenance, Inc.                                          Case No. 18-13874-mdc
Triad Mechanical Maintenance, Inc.                                          Chapter 7
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 2              Date Rcvd: Aug 09, 2018
                           Form ID: 139           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
db              +Triad Mechanical Maintenance, Inc.,   MAILING ADDRESS,   3108 Sycamore Lane,
                 Norristown, PA 19401-1328
db             #+Triad Mechanical Maintenance, Inc.,   1021 Washington Avenue,   Croudon, PA 19021-7568
cr              +Linda Giannattasio,   C/O Joseph M. Hickey, Esquire,   20 West Front Street,   Media,
                 Media, PA  19063,  UNITED STATES 19063-3306
cr              +Thomas Giannattasio,   C/O Joseph M. Hickey, Esquire,   20 West Front Street,   Media,
                 Media, Pa  19063,  UNITED STATES 19063-3306
14120290        +Aqua Pennsylvania,   PO Box 1229,   Newark, NJ 07101-1229
14120291        +Blue Bridge Financial,   535 Washington St,   Buffalo, NY 14203-1430
14120292        +Bristol Township Sewer Department,   2501 Bath Road,   Bristol, PA 19007-2150
14120294        +DDP Roofing Services, Inc.,   20 Conchester Road,   Glen Mills, PA 19342-1506
14120293       #+David Sharpe,   144 Pennswood Drive,   Newtown, PA 18940-1115
14120296        Follett,   Follett FLLC,   PO Box 782806,   Philadelphia, PA 19178-2806
14120297        +Fora Financial,   519 8th Avenue,   11th Floor,   New York, NY 10018-4581
14120298        +I.B. Dickinson & Sons, Inc.,   1089 Van Reed Road,   Reading, PA 19605-9319
14120300        +John R Mchaffi, Esq.,   1515 Market St. Suite 1802,   Philadelphia, PA 19102-1918
14120301        Lennox,   PO Box 910549,   Dallas, TX 75391-0549
14120303        +Pennsylvania Department of Revenue,   110 N 8th St Ste 204b,   Philadelphia, PA 19107-2412
14120304       #+PolarPro Refrigeran Solutions,   PO Box 7820,   Wilmington, DE 19803-0820
14120305        Staples Credit Plan,   Dept 51 - 7862173134,   PO Box 78004,   Phoenix, AZ 85062-8004
14120306        State of NJ,   Division of Taxation,   Revenue Processing Center,   PO Box,
                 Trenton, NJ 08646-6440
14120307        +Thackray Crane Rental, Inc.,   2071 Byberry Road,   Philadelphia, PA 19116-3015
14120308        +Thomas & Linda Giannattasio,   C/O Joseph M. Hickey, Esq.,   20 West Front Street,
                 Media, PA 19063-3306
14120309        Tom Barrow,   PO Box 116406,   Atlanta, GA 30368-6406
14120310        +Total Scope LLC,   17 Creek Pkwy,   Marcus Hook, PA 19061-3148
14120311        +Univest Bank and Trust Co.,   16 Harbor Place PO Box 197,   Souderton, PA 18964-0197

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 10 2018 01:48:20    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 10 2018 01:48:14    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 10 2018 01:48:48    Commonwealth of PA  UCTS,
                 651 Boas Street, Room 702,   Harrisburg, PA 17121-0751
14120289        +E-mail/Text: arlegal@amtrustgroup.com Aug 10 2018 01:48:32    AmTrust Financial Services, Inc.,
                 59 Maiden Lane,   New York, NY 10038-4502
14120288        EDI: AMEREXPR.COM Aug 10 2018 05:43:00    American Express,   PO Box 1270,
                 Newark, NJ 07101-1270
14124191        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 10 2018 01:48:48    COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,   COLLECTIONS SUPPORT UNIT,   651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
14120295        E-mail/Text: legal@fastenal.com Aug 10 2018 01:47:41    Fastenal,   Fastenal Company,
                 PO Box 978,   Winona, MN 55987-0978
14120299        +EDI: IRS.COM Aug 10 2018 05:43:00    Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14120302        +EDI: RMSC.COM Aug 10 2018 05:43:00    Lowe's,   Lowe's Media Commerce,   P.O. Box 1111,
                 North Wilkesboro, NC 28656-0001
14172787        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2018 01:47:49
                 Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                      TOTAL: 10

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14126132*       +COMMONWEALTH OF PA  UCTS,   DEPARTMENT OF LABOR AND INDUSTRY,   COLLECTIONS SUPPORT UNIT,
                 651 BOAS STREET, ROOM 702,   HARRISBURG, PA 17121-0751
                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: PaulP              Page 2 of 2          Date Rcvd: Aug 09, 2018
                             Form ID: 139              Total Noticed: 33
```

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
          BONNIE B. FINKEL     finkeltrustee@comcast.net,  NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          BONNIE B. FINKEL    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
          NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          BRAD J. SADEK    on behalf of Debtor   Triad Mechanical Maintenance, Inc. brad@sadeklaw.com,
          bradsadek@gmail.com
          JOSEPH MICHAEL HICKEY    on behalf of Creditor Linda  Giannattasio jhickey66@aol.com
          JOSEPH MICHAEL HICKEY    on behalf of Creditor Thomas  Giannattasio jhickey66@aol.com
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:  Triad Mechanical Maintenance, Inc.
1021 Washington Avenue
Croudon, PA 19021

Debtor(s)                                                           Case No: 18−13874−mdc

                                                                    Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
23−2817380
23−2817380

---

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

***Date:*** 11/10/18

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

900 Market Street
Suite 400
Philadelphia, PA 19107

                                                    For The Court

                                                    Timothy B. McGrath
                                                    Clerk of Court

**Date:** 8/9/18

                                                                    16
                                                                    Form 139